■ In the Matter of RAYMOND LEWIS, Petitioner, v BONNIE WITTNER et al., Respondents. [954 NYS2d 882]

Concur—Tom, J.P., Sweeny, Moskowitz, Renwick and Clark, JJ.